UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Sherod Cannon
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York
New York City Police Department
P.O. A. VIGNAPIANO
DETECTIVE LYNCH
SGT. KOSTANOSKI
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☑ Yes    ☐ No

*(check one)*

15 Civ. 4579 (LAP)

RECEIVED
NY PRO SE OFFICE
2015 SEP -3  P 4: 24

**I.      Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff's        Name  Joseph Sherod Cannon
                   ID#  34915083252
                   Current Institution  Vernon C. Bains Center
                   Address  1 Halleck Street
                   Bronx, New York 10474

B.      List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1        Name  P.O. A VIGNAPIANO _____ Shield #_____
                        Where Currently Employed  New York City Police Department
                        Address _____
                        _____

*Rev. 01/2010*                                    1

Defendant  No. 2      Name DETECTIVE LYNCH _____ Shield # _____

Where Currently Employed New York City Police Department

Address _____

_____

Defendant  No. 3      Name SGT. KOSTANOSKI _____ Shield # _____

Where Currently Employed New York City Police Department

Address _____

_____

**Who did what?**

Defendant  No. 4      Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant  No. 5      Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the underlined facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your claim(s) occur?

Anna M. Kross Center 18-18 Hazen Street East Elmhurst
New York 11370

B.     Where in the institution did the events giving rise to your claim(s) occur?

intake

C.     What date and approximate time did the events giving rise to your claim(s) occur?

March 20th, 2015 approx 4am

_____

_____

D.     Facts: Defendant has violated plaintiffs constitutional
and civil rights. On July 31st 2015 plaintiff was brought to Manhattan
Criminal Court at 100 Centre Street and did not see an attorney or
judge and was told to come back on August 21st 2015. The

**What happened to you?**

plaintiff has submitted an order to produced scheduled for August 19th today sent to the court house at 111 centre street. On March 10th plaintiff was stripped naked and searched at the port authority police precient of he he was arrested was stripped immediately when brought into the precient while handcuffed to the wall. See Florence v. Bd. of Chosen Freeholders 132 S. Ct 1510, 1515-22 (2012) (in jails population) Plaintiffs Birth certificates, adoption papers, discovery from Lowell District Court, and copys of parents social security cards and death certificates. The Plaintiffs right to counsel was violated and th plaintiff was placed in a line up before being charged with a crime which still violates the 6th amendend right. The plaintiffs constitutional, civil, and federally protected rights were violated.

**Was anyone else involved?**

**Who else saw what happened?**

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

mental distress - depression medication

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Anna M. Kross Center 18-18 Hazen Street East Elmhurst, NY 11370
George R Vierno Center 09-09 Hazen Street East Elmhurst, NY
Vernon C Bains Center 1 Halleck Street Bronx, NY 10474

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__   No _____   Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know __✓__

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No __✓__

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No __✓__

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve?

_____

2.   What was the result, if any?

_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____
_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

Did not know _____

_____

_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

Attorney Frank Lomuscio, Barack Obama, Loretta Lynch, Andrew Cuomo, Center for Constitutional Rights, Cyrus R Vance Jr, New York County Court, Evan Nass, Legal Aid Society, Liz Beal, Nathan Semel, Sonia Sotomayor

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Constantly sending letters, motions and complaints to attorneys, courts, and public officials.

_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). $ 9 million dollars; mental distress: $1,800,000, Compensatory Damages: $1,800,000 nominal damages: $1,800,000 pain and suffering; $1,800,000, cruel and unusual punishment: $1,800,000

_____
_____
_____
_____
_____
_____

_____

_____

_____

_____

**VI.**    **Previous lawsuits:**

<table>
<tr><td>On<br>these<br>claims</td></tr>
</table>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____    No ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____

_____3.    Docket or Index number _____
_____4.    Name of Judge assigned to your case_____
5.    Approximate date of filing lawsuit _____
6.    Is the case still pending?  Yes ____  No ____
       If NO, give the approximate date of disposition_____
7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

<table>
<tr><td>On<br>other<br>claims</td></tr>
</table>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____    No ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

_____

_____3.    Docket or Index number _____
_____4.    Name of Judge assigned to your case_____
5.    Approximate date of filing lawsuit _____

*Rev. 01/2010*                                6

6.   Is the case still pending?  Yes _____  No _____
     If NO, give the approximate date of disposition_____

7.   What was the result of the case?  (For example:  Was the case dismissed?  Was there
     judgment in your favor?  Was the case appealed?) _____
     _____
     _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 13ᵗʰ day of August , 2015.

Signature of Plaintiff

Inmate Number          3491503252

Institution Address    Vernon C. Bains Center

                       One Halleck Street

                       Bronx, New York

                       10474

**Note:**  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
           their inmate numbers and addresses.

I declare under penalty of perjury that on this 13ᵗʰ day of August , 2015 I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff:

Supreme Court of the State of New York, held

in and for the County of at the Court house
located at - New York on the 19th day of

**August** and thereafter as required by the Court.

PRESENT: HON.

Justice

**SUPREME COURT OF THE STATE OF NEW YORK**
COUNTY OF _New York_ : TERM PART ( 59 )
-----------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK, :
         Respondent, :

    -Against- :

       JOSEPH CANNON :
           , 
        Defendant. :
-----------------------------------------------------X

Notice of Application for an
ORDER TO BE PRODUCED
Pursuant to C.P.L. §560.10

IND.   01885/2015
            
Docket
No. 2015NY018808

TO THE WARDEN: VERNON C. BAIN CENTER BRONX, NEW YORK

and any other State Correctional Institution who has custody of _Joseph S. Cannon_, inmate

#_3491503252_ it is hereby:

ORDERED, that the Warden of the Vernon C. Bain Center or any other State Correctional

Institution, deliver _him_ to the Sheriff of the City of New York or his authorized agent on

_8/19/15_ and it is further,

ORDERED, that the Commissioner of the City of New York produce before the Supreme

Court, County of _New York_, State of New York, at the Courthouse located at

_111 Centre Street_, New York on , at 9:30 a.m. and thereafter as

required by the Court, and it is further,

ORDERED, that _JOSEPH CANNON_ be returned to the custody of Sheriff or the

Commissioner of Corrections of the City of New York after each and every court production

and held in their custody until the termination of this Order or until the Court orders

otherwise.

Dated: August 13th, 2015

ENTER:

J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York _____ : TERM PART ( 59 )
------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,    :   Affidavit in Support
                            Respondent,    :   of Application for an
                                        :   ORDER TO BE PRODUCED
       -Against-                   :   Pursuant to C.P.L. §560.10
                                        :
     JOSEPH CANNON                 :   IND.  01885/2015
                              ,       Docket No. 2015NY018508
                   Defendant.    :
------------------------------------------------------------X

State of New York   )
County of New York ) ss:

  Joseph Sherod Cannon _____ , being duly sworn, depose and says:

1. That I am the defendant in the above caption matter, and make this affidavit in support of my motion to produce.

2. That heretofore and on the  20th day of  March _____ , 20 15,  an arrest was made and an information was filed in the court charging the above named defendant with the crimes of  Robbery in the 3rd degree. 160.05 _____ .

3. That the defendant is now confined in the care and custody of the New York City Department of Corrections, located at One Halleck Street, Bronx, New York, where he was committed on the  23rd  day of  July _____ , 20 15.

WHEREFORE, your deponent respectfully prays for an ORDER TO PRODUCE, pursuant to Section 560.10 of the Criminal Procedure Law, and commanding and directing the Warden; C. Saunders
Victor Vazquez, to produce said defendant before a Term Part ( 599 of this Court on the  19th day of  August _____ , 2015 at 930 a.m. 2014, at 10:00 o'clock in the forenoon, for the purpose of trial upon aforesaid accusatory instrument, and for such other and all further relief as to this Court may deem just and proper.  -

                                   Respectfully Submitted,

Sworn to before me on
this 13 day of August ,2015

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK)

                 ss:

COUNTY OF BRONX )

_Joseph Sherod Cannon_____, being duly sworn, deposes and says:

That I have on this ___13th___ day of __August_____, ~~2014,~~ 2015 placed and submitted

in the postal receptacle in the New York City Correctional Facility known as **the Vernon C.**

**Bain Center, One Halleck Street, Bronx, New York 10474** a Notice of

ORDER TO BE PRODUCED_____, to be duly mailed via the United

States Postal Service to the following parties in the above action:

Supreme Court NewYork County
111 Centre Street
New York, New York
10013

Cyrus R Vance Jr
One Hogan Place
New York, New York
10013

Respectfully submitted,

Sworn to before me this

_13_ day of _August_, 201**5**

NOTARY PUBLIC

FREDERICK W. FORD
NOTARY
NO. 01FO4873371
QUALIFIED IN
BRONX COUNTY
COMM. EXP.
STATE OF NEW YORK

## LOCK-IN AND LOCKOUT

(Times when you are permitted to be in or out of your assigned cell.)

- At night, for no longer than 8 hours, beginning no earlier than 11:00 p.m.;
- During the daytime, for no longer than a daily total of 2 hours in any 24-hour period;
- Whenever the institutional count cannot be verified and accounts must be taken;
- When necessary for the safety and security of the facility or the Department.

## MAIL (CORRESPONDENCE)

You are allowed to send mail to anybody and to receive mail from anybody unless a court order limits your sending or receiving mail. You are allowed to send and receive as much mail as you want. You may write and receive mail in any language. If you have a visual impairment or are blind and need help reading or writing your mail, you may ask a volunteer or an assigned inmate to assist you, or ask the Housing Officer to assign an inmate to assist you.

Mail that you send out, and mail that is sent to you, may not be opened or read if you are not present, unless that is specifically allowed by a lawful search warrant. However, the Department will inspect, feel, or bend your mail without opening the envelope, even if you are not there.

If contraband (items not allowed in a jail; check a list of contraband in your rulebook) is found in your mail, the Department will tell you what was found but will not allow you to have the item(s). As long as the item is not dangerous or illegal, you may decide if you want to: have the item destroyed, donate it to an outside charity, or pay to have it returned to the person who sent it to you.

To send mail, buy stamps in the commissary and money will be deducted from your account.

If you have no money in your commissary account, the Department will provide you with free stationery, envelopes, regular first class stamps for all letters to attorneys, courts, and public officials, as well as two other letters each week. If money is deposited in your account within 7 days after you have received free stationery, the money will be recouped from your account.

You must not send certified mail. If you are required by a law or rule to send mail certified but you have no money in your account, the Department will pay for you to send that certified mail. The Correction Officer will collect and record your outgoing certified mail and then drop it in the outgoing safe, which will be picked up later for processing.

You must address and seal the mail you want to send out. You must include the following information on the upper left-hand corner of the envelope:
- Your name,
- Your book and case number, and
- Either your jail's street address or your home address. Ask your Housing Area Officer for the address of the jail where you are located.

If you do not put that information on the envelope, the Department will give you back the mail.

To mail a letter out, you should put it in one of the locked mailboxes in your jail. As mentioned above, you can buy stamps in the commissary.

## MENTAL HEALTH DISCHARGE PLANNING

If you are receiving mental health care while in jail, you may be eligible for discharge planning services and benefits under the Brad H court settlement. Your mental health clinician or a mental health discharge planner will help you prepare a comprehensive treatment plan.

If you are released directly from court, you can visit a SPAN (Service Provider Assistance Network) office that is located within walking distance of each courthouse.

Office locations are:

- Manhattan SPAN Office
  80 Centre Street, Room 200-B
  New York, NY 10013
  Telephone # (212) 732-7906        Fax # (212) 732-7908
  Hours: 10:00 AM – 8:00 PM

- Bronx SPAN Office
  1000 Grand Concourse, Suite 2-E
  Bronx, NY 10451
  Telephone # (718) 590-1235        Fax # (718) 538-0165
  Hours: 10:00 – 7:00 PM

- Brooklyn SPAN Office
  408 Jay Street, Suite-203
  Brooklyn, NY 11201
  Telephone # (718) 625-9736        Fax # (718) 626-9739
  Hours: 10:00 AM – 7:00 PM

- Queens SPAN Office
  125-10 Queens Blvd, Suite-224
  Kew Gardens, NY 11415
  Telephone # (718) 897-1854        Fax # (718) 897-2731
  Hours: 9:00 AM – 7:00 PM

Joseph Sherod Cannon 349 15032542
Vernon C. Bains Center
1 Halleck Street
Bronx, New York 10474

LEGAL MAIL

RECEIVED
PRO SE OFFICE
2015 SEP -3 P 4: 24

USM P3
SDNY
The

Pro-se SARB 9/3/15

clerk

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312