**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH CANNON,

                Plaintiff,

      v.

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY; P.O. A. VIGNAPIANO;
DETECTIVE LYNCH; SGT. KOSTANOSKI,

                Defendants.

No. 15-CV-4579 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Superintendent or other official in charge of the Marcy Correctional Facility shall on January 7, 2021, at 2:30 p.m., provide the plaintiff, Joseph Cannon, Jr. DIN #18-A-0613, a room with telephone service so that he may participate in a telephonic conference with the Court and counsel to the defendants. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

      Counsel to the defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the Marcy Correctional Facility expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference at the number listed above at the time and date of the conference; and (3) make other arrangements for the plaintiff to connect to the conference at the date and time listed above, if the correctional facility is unable to dial into the conference line directly.

SO ORDERED.

Dated:    December 11, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge