

December 17, 2020

**VIA ECF**

Honorable Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

        *Re:*   **Joseph Sherod Cannon v. P.O. A. Vignapiano, Detective Lynch, Sgt. Kostanoski; Index No.: 15 CV 4579 (RA) (KNF)**

Dear Judge Abrams:

I represent Andrew Vignapiano in the above-captioned action, which by Order dated December 11, 2020 is scheduled for a conference on January 7, 2021. I am writing to request that the conference be adjourned until after January 18, 2021 inasmuch as I will be unavailable the first two weeks of January. I apologize for any inconvenience this may cause the Court.

Respectfully requested,


Megan Lee
Attorney
Direct Dial: (212) 435-3435

cc:    Joseph Sherod Cannon
        Marcy Correction Facility
        Box 3600
        Marcy, New York 13403

Application granted. The pre-trial scheduling conference is hereby adjourned until January 22, 2021 at 3:00 pm.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 18, 2020

4 World Trade Center  |  150 Greenwich Street, 24th Floor  |  New York, NY 10007  |  T: 212-435-3435  |  mlee@panynj.gov