```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CANNON,

                Plaintiff,

      v.                              No. 15-CV-4579 (RA)

PORT AUTHORITY OF NEW YORK AND        ORDER
NEW JERSEY; P.O. A. VIGNAPIANO;
DETECTIVE LYNCH; SGT.
KOSTANOSKI,

                Defendants.

RONNIE ABRAMS, United States District Judge:

     On December 31, 2020, the Court granted Plaintiff's request for the assignment of *pro bono* counsel. Since then, the Court has been unable to locate counsel to represent Plaintiff, largely due to COVID-19's impact on the number of attorneys volunteering to take on cases *pro bono*. The Court will continue its efforts to locate counsel. That said, given the age of this case and the fact that only one claim remains against one Defendant, the Court finds that a renewed settlement discussion between the parties would be prudent. Accordingly, by separate order, this case is referred to a magistrate judge for a settlement conference.

SO ORDERED.

Dated:    January 28, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge