```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Sherod Cannon, Jr.,

                      Plaintiff,

      -against-

P.O. A. Vignapiano et al.,

                      Defendants.

1:15-cv-04579 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to the undersigned for settlement. (*See Am.* Order of Ref., ECF No. 144.) It is hereby Ordered that, no later than February 9, 2022, counsel for the remaining defendant, P.O. A. Vignapiano, shall file a letter setting forth at least three dates for a settlement conference to occur. Prior to filing the letter, counsel shall make an effort to confer with Plaintiff and any appropriate officials at Five Pints Correctional Facility to determine mutually agreeable dates. Thereafter, the Court will schedule a settlement conference and enter an Order directing the Warden to make Plaintiff available at the scheduled time.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
            February 2, 2022

_____
STEWART D. AARON
United States Magistrate Judge