UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CANNON,<br><br>                    Plaintiff,<br><br>           v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY; P.O. A. VIGNAPIANO; DETECTIVE LYNCH; SGT. KOSTANOSKI,<br><br>                    Defendants. | No. 15-CV-4579 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 15, 2022, *pro bono* counsel for Plaintiff Joseph Cannon entered notices of appearance on the docket. The Court will hold a telephone conference on July 25, 2022 at 4:00 p.m. to discuss potential trial dates and next steps in this action. The parties shall use the following dial-in information for the conference: Call-In Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates and times for this conference.

SO ORDERED.

Dated:    July 18, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge