UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CANNON,<br><br>                Plaintiff,<br><br>       v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY; P.O. A. VIGNAPIANO; DETECTIVE LYNCH; SGT. KOSTANOSKI,<br><br>                Defendants. | No. 15-CV-4579 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       Trial in this matter is scheduled to begin on November 14, 2022. In light of Plaintiff's custodial status, the parties shall file a proposed writ of habeas corpus ad testificandum to ensure Plaintiff's appearance for the duration of the trial by no later than October 24, 2022.

SO ORDERED.

Dated:    October 21, 2022
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge