UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CANNON,<br><br>                Plaintiff,<br><br>       v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY; P.O. A. VIGNAPIANO; DETECTIVE LYNCH; SGT KOSTANOSKI,<br><br>                Defendants. | No. 15-cv-4579<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the final pretrial conference scheduled for November 10, 2022 at 3:00 p.m. is hereby rescheduled to 2:00 p.m. on the same day.

SO ORDERED.

Dated:    October 25, 2022
              New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge