UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CANNON,

             Plaintiff,

      v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY; P.O. A. VIGNAPIANO; DETECTIVE LYNCH; SGT. KOSTANOSKI,

             Defendants.

No. 15-CV-4579 (RA)

**ORDER VACATING
WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

RONNIE ABRAMS, United States District Judge:

The Writ of Habeas Corpus Ad Testificandum dated October 25, 2022 and October 26, 2022 (Dkt. 162, 164) and issued by this Court to MICHAEL CAPRA, WARDEN of Sing Sing Correctional Facility, RALPH SOZIO, UNITED STATES MARSHAL for the Southern District of New York, and HERIBERTO TELLEZ, WARDEN of the Metropolitan Detention Center, regarding the production of JOSEPH CANNON, 18A0613, presently detained at Sing Sing Correctional Facility, is hereby VACATED in its entirety, as the trial for which the Writ was ordered has now been adjourned.

November 9, 2022

_____
HON. Ronnie Abrams
United States District Judge