UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH SHEROD CANNON, JR.,

Plaintiff,

v.

PORT AUTHORITY OF NEW YORK AND NEW
JERSEY; P.O. A. VIGNAPIANO; DETECTIVE
LYNCH; SGT. KOSTANOSKI,

Defendants.

15-CV-04579 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This action was closed on December 22, 2022. *See* Dkt. No. 175. The Court has now received Plaintiff's letter appearing to raise issues that do not relate to the above titled action, including allegations that he was falsely arrested and is currently detained in the Nassau County Correctional Facility. These allegations are not properly before this Court and it will thus not address them. The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff. SO ORDERED.

Dated:      April 14, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge